### (March 22, 1977)

■ VIDALS INC., et al., Appellants, v GEROSA-PALLADINO CORPORATION, Respondent.—Order, Supreme Court, Bronx County, entered on February 26, 1976, unanimously affirmed on the opinion of Helman, J., at Special Term. Respondent shall recover of appellants $40 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Silverman, Capozzoli and Nunez, JJ.

■ SALOMON M. SCHABES et al., Appellants, v REGA INDUSTRIES, Ltd., Respondent.—Orders, Supreme Court, New York County, entered on November 18, 1976, and January 7, 1977, unanimously affirmed, for the reasons stated by Stecher, J., at Special Term. Respondent shall recover of appellants one bill of $60 costs and disbursements of these appeals. Concur—Murphy, J. P., Birns, Capozzoli and Lane, JJ.

■ EASTERN GUNITE COMPANY, Appellant, v CITY OF NEW YORK, Respondent.—Order, Supreme Court, New York County, entered on or about April 8, 1976, unanimously affirmed for the reasons stated by Baer, J., at Trial Term, without costs and without disbursements. Concur—Kupferman, J. P., Murphy, Lupiano and Markewich, JJ.